DANIELLE BITON et al., Appellants, v AMEENA MEER et al., Respondents.

Submitted May 31, 2011; decided September 15, 2011

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution. Motion for ancillary relief denied.

CRYSTAL BITON, Also Known as SAPHYRE REDFORD, et al., Appellants, v STATE FARM INSURANCE COMPANY et al., Respondents.

Submitted May 31, 2011; decided September 15, 2011

Motion for leave to appeal and ancillary relief denied.

DANIELLE BITON, Appellant, v STATE OF NEW YORK et al., Respondents.

SAPHYRE REDFORD et al., Appellants, v AG CUOMO et al., Respondents.

Submitted May 31, 2011; decided September 15, 2011

Appeal transferred, without costs, by the Court of Appeals, sua sponte, to the Appellate Division, First Department, upon the ground that a direct appeal does not lie where questions other than the constitutional validity of a statutory provision are involved (NY Const, art VI, § 3 [b]; CPLR 5601 [b] [2]). Motion for leave to appeal dismissed upon the ground that this Court does not have jurisdiction to entertain the motion (NY Const, art VI, § 3 [b]; CPLR 5602 [a]). Motion for ancillary relief denied.